UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DENNIS RIVERA-SERVERA, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CIVIL ACTION NO. ) ) 3:17-CV-0379-G (BK) |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 30, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**